**FILED**
September 23, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMAL KAREEM WARREN

Defendant.

Case No. 2:10-cr-00424-DC and 2:19-cr-00163-DC

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMAL KAREEM WARREN,

Case No. 2:10-cr-00424-DAD and 2:19-cr-00163, 18 USC § 3583, from custody

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ $ ____________

______ Unsecured Appearance Bond $ $ ____________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): **Defendant to be temporarily released to the custody of private investigator Fred Scoville at 8:30 AM on Saturday, 9/26/2026; Fred Scoville will pick up defendant from the Sacramento County Jail located at 651 I Street, Sacramento CA. Fred Scoville will return defendant to the same jail by 6:00 PM on Saturday, 9/26/2026.**

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 23, 2026 at 4:45 PM

By: Chi Soo Kim

Magistrate Judge Chi Soo Kim